[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14575
Non-Argument Calendar
_____

D.C. Docket No. 2:11-cr-00121-JES-SPC-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEPHEN KOZAK,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 19, 2013)

Before TJOFLAT, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Stephen Kozak in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kozak's convictions and sentences are **AFFIRMED**.